UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL STEPHEN DUBOSE,<br><br>    Plaintiff,<br><br>    v.<br><br>R. WALTER,<br><br>    Defendant. | Case No. 18-cv-01875-YGR (PR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

This case was referred to Magistrate Judge Robert M. Illman for court-ordered settlement proceedings. On June 5, 2019, the parties appeared before Magistrate Judge Illman for a settlement conference. In his "Report of Pro Se Prisoner Early Settlement Proceeding" dated June 5, 2019, Magistrate Judge Illman informed the Court that "[t]he case has been completely settled." Dkt. 22 at 1.

Also on June 5, 2019, the Court received a copy of the "Volun[ta]ry Dismissal With Prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(ii) signed by both parties as well as a proposed order for the dismissal of this action. The signed stipulation states:

> IT IS HEREBY STIPULATED and AGREED by and between Plaintiff, Carl Dubose, and Defendants Walter, Ahern, and the County of Alameda, by and through their attorney, Scott J. Feudale, that:
>
> 1. The parties do hereby agree to dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(ii); [and]
>
> 2. The parties further agree that each side shall bear its own fees and cost.

Dkt. 23 at 1.

Accordingly, having been notified of the settlement and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein against all named Defendants are DISMISSED WITH PREJUDICE.

1    The Clerk of the Court shall terminate any pending motions and close the file

2    IT IS SO ORDERED.

3    Dated: July 1, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge